IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  1:10-cr-079 |
| Plaintiff, | ) | |
| | ) | **UNITED STATES' SENTENCING** |
| -vs- | ) | **MEMORANDUM** |
| | ) | |
| ENRIQUE OROZCO-VILLEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by Timothy Q. Purdon, United States Attorney for

the District of North Dakota, and David D. Hagler, Assistant United States Attorney,

hereby files the following sentencing memorandum regarding the matter of restitution to

be addressed at the sentencing hearing.

Defendant used the name, date of birth and social security number of Moses

Alvarez, a United States citizen from Wyoming, to obtain employment in the United

States, including in Wyoming and North Dakota.  Defendant also opened a bank account

in the victim's name in Dickinson, North Dakota.

On March 11, 2011, subsequent to the filing of the presentence investigation

report, the United States received a victim impact statement by fax from Moses Alvarez,

the victim of Defendant's identity theft.  Mr. Alvarez indicated that the time and expense

which he has incurred to correct the problems which were raised by Defendant's conduct

amounts to $728.

Such losses may be ordered as restitution pursuant to 18 USC section 3663(b)(6): "in the case of an offense under sections 1028(a)(7) or 1028A(a) of this title, pay an amount equal to the value of the time reasonably spent by the victim in an attempt to remediate the intended or actual harm incurred by the victim from the offense."

The victim indicates that he has had to take three days off from his current job, where  he earns a salary of $48,000 a year.   Based upon 260 working days a year, that results in $184.00 a day, and a 3-day total of $552.00.   He had to take two days off from his previous job at Home Depot, where he was earning $11.00 an hour, or $88.00 a day, for a 2-day total of $176.00.  As a result,  he incurred $728.00 in lost wages from taking time off to address the problems caused by Defendant's conduct.

While there is reason to believe that one other individual may have also been using the victim's identity, the United States is unaware of any direct evidence that any other such individual caused the harm for which the victim seeks restitution.  Pursuant to 18 USC section 3664(h), a court can order joint and several liability for restitution.  See United States v. Bogart, 576 F.3d 565, 574 (6th Cir. 2009) (joint and several liability was warranted where there was no reasonable basis for apportionment).

Therefore, even if another individual did contribute to the harm, by causing income to be reported to the IRS in the victim's name, for example, it is not possible to differentiate the proportionality of such conduct, and joint and several liability is warranted.  Therefore, as a part of the sentence in this matter, the United States

recommends that the Court order restitution in the amount of $728.00, payable to Moses

Alvarez.

Dated this 11th day of April, 2011.

TIMOTHY Q. PURDON
United States Attorney


By:    /s/*David D. Hagler*
       DAVID D. HAGLER
       Assistant United States Attorney
       P. O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       N.D. Bar Board ID No. 04696
       Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  1:10-cr-079 |
| Plaintiff, | ) | |
| | ) | <u>CERTIFICATE OF SERVICE</u> |
| v. | ) | |
| | ) | |
| ENRIQUE OROZCO-VILLEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on April 11, 2011, the following documents:

UNITED STATES' SENTENCING MEMORANDUM

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Mr. William D. Schmidt
Assistant Federal Defender
Federal Square
324 North 3rd Street, Suite 1
Bismarck, ND 58501

Dated: April 11, 2011          /s/Renita A. Berger_____
                               RENITA A. BERGER
                               Office of United States Attorney